IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VICKIE TAYLOR**                                                                                                **PLAINTIFF**

v.                                            No. 4:12-cv-583 KGB

**JAMES P. MATTHEWS AND**
**GENERAL PROPERTIES, INC.**                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Court's Opinion and Order entered on this day, plaintiff Vickie Taylor's claims under Title VII of the Civil Rights Act and the Fair Housing Act are dismissed without prejudice, and Ms. Taylor's claims under the Arkansas Civil Rights Act and the Arkansas Fair Housing Act are remanded to the Circuit Court of Pulaski County, Arkansas, as the Court declines to exercise supplemental jurisdiction over those claims.

SO ORDERED this 22nd day of August, 2013.

_____
Kristine G. Baker
United States District Judge